```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :
              -v-                        :
                                         :    21cv323 (DLC)
TOYOTA MOTOR CORPORATION, TOYOTA MOTOR   :
NORTH AMERICA, INC., TOYOTA MOTOR        :         ORDER
SALES, U.S.A., INC., and TOYOTA MOTOR    :
ENGINGEERING & MANUFACTURING NORTH       :
AMERICA, INC.,                           :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On January 14, 2021, the Government filed a proposed consent decree ("Consent Decree") in this action. The Government requested that the Court not approve the Consent Decree at that time so that it could receive public comments. Accordingly, it is hereby

ORDERED that the Government shall file a letter regarding the status of the Consent Decree by **Wednesday, March 10** at **12:00 p.m.**

Dated:    New York, New York
          March 2, 2021

_____
                         DENISE COTE
          United States District Judge