

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 10, 2021

<u>By ECF</u>
Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:    *United States v. Toyota Motor Corporation, et al.*,
           21 Civ. 323 (DLC)

Dear Judge Cote:

      I am writing, on behalf of the United States, with a report on the status of the proposed consent decree in this matter (Dkt. Entry 3, Exh. 1), as directed by the Court's March 2, 2021 order (Dkt. Entry 6).

      On January 21, 2021, the *Federal Register* published notice of the proposed Consent Decree pursuant to 28 C.F.R. § 50.7.  *Notice of Lodging of Proposed Consent Decree Under the Clean Air Act*, 86 Fed. Reg. 6366-6367 (Jan. 21, 2021).  Comments on the proposed consent decree were accepted until February 22, 2021.  Two comments were received.  The Government is in the process of reviewing and consulting internally on the comments and preparing the Government's response.

      I anticipate that the Government's internal process will be complete, and the Government will be prepared to submit the comments and its response to the Court, by March 31, 2021.  At that time, the Government will either request that the Court enter the consent decree or will identify any additional process that may be required.  The Government respectfully requests that the Court refrain from taking action on the proposed consent decree until after the Government's submission on March 31.

                Respectfully,

                AUDREY STRAUSS
                United States Attorney

      by:   */s/* Robert William Yalen
           ROBERT WILLIAM YALEN
           Assistant United States Attorney
           (212) 637-2722

cc (by ECF):  Helen Cantwell, Esq.
              *Counsel for Defendants*